**ATTACHMENT    "A"**

```
MCK2R            *        INMATE EDUCATION DATA        *      11-07-2007
PAGE 001 OF 001 *              TRANSCRIPT              *      13:13:36
```

REGISTER NO: 06805-068        NAME..: CLARK                  FUNC: PRT
FORMAT.....: TRANSCRIPT        RSP OF: MCK-MCKEAN FCI

```
------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
MCK  ESL HAS    ENGLISH PROFICIENT          12-27-2000 0852 CURRENT
MCK  GED HAS    COMPLETED GED OR HS DIPLOMA 01-18-2001 1526 CURRENT
```

```
-------------------------- EDUCATION COURSES --------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| MCK | READ.IS FUND.TH,6;30-8:30 | 05-16-2007 | CURRENT | | | | |
| MCK | ACE-BASIC BUSINESS-2,TU.& SA. | 02-06-2007 | 05-15-2007 | P | C | P | 66 |
| MCK | ACE-BASIC LAW M,TH 1830-2030 | 11-30-2006 | 01-25-2007 | P | C | P | 28 |
| MCK | ACE-NON-PROFIT BUS.T,S | 05-30-2006 | 08-12-2006 | P | C | P | 52 |
| MCK | GLOBAL BUS.TU.5:30-8:30 | 03-21-2006 | 05-09-2006 | P | C | P | 36 |
| MCK | PSE-PSU-FIERY FURNACE | 06-09-2002 | 09-06-2002 | C | C | P | 0 |
| MCK | PSE-AC-INTRO.TO BUS. | 09-13-2005 | 12-13-2005 | C | C | P | 0 |
| MCK | RPP(6)-VICTIM IMPACT | 03-06-2002 | 07-08-2002 | P | C | P | 34 |
| MCK | RPP(1)-COLON HEALTH | 11-26-2001 | 11-26-2001 | P | C | P | 1 |
| MCK | RPP-POST-RELEASE TREATMENT SVC | 11-21-2001 | 11-21-2001 | P | C | P | 3 |
| MCK | BAS.BUSINESS,M-T-W,6:30-8:30 | 04-17-2001 | 08-23-2001 | P | C | P | 126 |
| MCK | HYDROPONICS VT,M-F, 7:30-11:30 | 07-25-2001 | 08-01-2001 | P | C | M | 228 |
| MCK | HYDROPONICS VT,M-F, 8:30-11:30 | 04-23-2001 | 07-25-2001 | P | W | I | 0 |
| MCK | RPP-ISM RELEASE PROCEDURES | 06-13-2001 | 06-13-2001 | P | C | P | 1 |
| MCK | RPP-POST-RELEASE TREATMENT SVC | 05-31-2001 | 05-31-2001 | P | C | P | 3 |
| MCK | BAS.ECONOMICS,M-W-R,6:30-8:30 | 12-04-2000 | 03-24-2001 | P | C | P | 156 |
| MCK | RELATIONSHIPS-M/W/F 930-1130 | 02-21-2001 | 04-19-2001 | P | C | P | 43 |
| MCK | RPP WELLNESS | 04-10-2001 | 04-10-2001 | P | C | P | 2 |
| MCK | PARENTING ROOM ORIENTATION | 04-05-2001 | 04-05-2001 | P | C | P | 1 |
| MCK | PERSONAL FINANCE - RPP | 02-26-2001 | 02-26-2001 | P | C | P | 4 |
| MCK | RELEASE REQ/PROCEDURE-CMC | 03-08-2001 | 03-08-2001 | P | C | P | 2 |
| MCK | SOCIAL SECURITY | 03-15-2001 | 03-15-2001 | P | C | P | 1 |
| MCK | ACE-BUS. MATH&ENG WED.630-830 | 12-04-2000 | 03-13-2001 | P | C | P | 60 |
| MCK | COMMUNITY ASSISTANCE | 03-02-2001 | 03-02-2001 | P | C | P | 1 |
| MCK | DAD'S TRANSITION HOME RPP 4HRS | 02-09-2001 | 02-09-2001 | P | C | P | 3 |
| MCK | GETTING THE JOB 7:30-11:30 RPP | 02-05-2001 | 02-05-2001 | P | C | P | 4 |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate

Keith L. Clark

has successfully completed the

## Lift Truck Safety Course

Company Name: _____ F.C.I. McKean

Company Representative: _____ Stephen E. Housler, Safety Mng.

Instructor: _____ Jason Tessena

Type of Equipment: _____ Powered Industrial Trucks

Date of Completion: _____ May 3, 2007



Electric Motor
Counterbalance
Rider Cushion
Tire, Sit-down)


Electric Motor
Narrow Aisle
Reach Truck


Electric Motor
Narrow Aisle
Order Picker


Low Lift Walkie/
Center Control
Rider Pallet and
End control

Low Lift Walkie/
Rider Pallet and
End Control

Low Lift Walkie/
Center Control

Tow
Tractor



Internal Combustion
Counterbalance
Cushion Tire


Internal Combustion
Counterbalance
Pneumatic Tire

# Certificate of Achievement

This certifies that

## Keith Clark

has satisfactorily completed

## Global Business

Consisting of 36 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 9th day of May, 2006.

_____
Supervisor of Education

_____
*D. Confer*
A.C.E. Coordinator

_____
Instructor

FCI McKean Education Department

# Certificate of Achievement

This certifies that

## Keith Clark

has satisfactorily completed

## Basic Principles of Business

Consisting of 126 Hours of Training

This certificate is hereby issued this 23rd day of August, 2001



Supervisor of Education

Instructor

# Certificate of Achievement

This certifies that

## Keith Clark

has satisfactorily completed

## Non-Profits & Social Enterprise

Consisting of **52** Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 12th day of August, 2006.

_____
Supervisor of Education

_____
*D. Cooper*
A.C.E. Coordinator

_____
Instructor

FCI McKean Education Department



# Certificate of Achievement

awarded to:

## Keith Clark

for completing 228 hours of

# Commercial Hydroponic Production

Robert S. Hart, Horticulture VT
Instructor

Beth Fantaskey, Supervisor of
Education

# Certificate of Achievement

This certifies that

## Keith Clark

has satisfactorily completed

## Keys to Loving Relationships

Consisting of ___43___ Hours of Training

This certificate is hereby issued this __20th__ day of __April__, 2001





Maryanne Agricola, Teacher

Beth Featherkey, Supervisor of Education



# Certificate of Achievement

This certifies that

Keith Clark

has satisfactorily completed

# Cultural and Basic Economics

Consisting of 156 Hours of Training

This certificate is hereby issued this 24th day of March, 2001

_____
Supervisor of Education

_____
Instructor

# Certificate of Achievement

This certifies that

Keith Clark

has satisfactorily completed

## Business Math and English

Consisting of 45 Hours of Training

This certificate is hereby issued this 14th day of March, 2001



_____
Supervisor of Education

_____
Instructor

# Certificate of Completion

**This is to certify that:**

KEITH CLARK

Register # 06805-068

**Has successfully completed the**

Anger Management Group

Requiring 12 hours of Training

In Witness Thereof the Undersigned

Given this 4th day of December nineteenhundredand 2001

James A. Hinson, Ph.D.
Staff Psychologist, FCI-McKean

Ph.D.

# Certificate of Achievement



This certifies that

Keith Clark

has satisfactorily completed

## Commercial Driver's License

Consisting of 24 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 24th day of January, 2008.

_Supervisor of Education_

_A.C.E. Coordinator_

_Instructor_

**FCI McKean Education Department**

# Certificate of Participation

This certifies that

## Keith Clark

participated in F.C.I. McKean's
Reading Is Fundamental Program.

This certificate is hereby issued this thirtieth day of October 2007.

_Staff Sponsor_

_Supervisor of Education_

# Certificate of Achievement



This certifies that

Keith Clark

has satisfactorily completed

## Basic Principles of Business 2

Consisting of 66 Hours of Training
in the Adult Continuing Education Program.

This certificate is hereby issued this 15th day of May, 2007.

Supervisor of Education

D. Cooler
A.C.E. Coordinator

FCI McKean Education Department

Instructor




# Certificate of Achievement

This certifies that

**Keith Clark**

has satisfactorily completed

## Basic Law Principles

Consisting of **28** Hours of Training
in the Adult Continuing Education Program

This certificate is hereby issued this 25th day of January, 2007.

*D. J. Stratton*
Supervisor of Education

*D. Cooper*
A.C.E. Coordinator

*D. Salak*
Instructor

FCI McKean Education Department