ATTACHMENT "B"

# Ashworth College

430 Technology Parkway
Norcross, GA 30092
(800) 223-4542

July 13, 2006

73077 7192
Student #: A00582655

Keith Clark A06505068
Po Box 8000
Bradford PA 16701-0980

Course status summary for course C02 - Business Communications I

Lesson 1  Grade:  80  Percent of grade: 14
Lesson 2  Grade:  95  Percent of grade: 14
Lesson 3  Grade:  80  Percent of grade: 14
Lesson 4  Grade: 100  Percent of grade: 14
Lesson 5  Grade:  90  Percent of grade: 14
Lesson 6  Grade:  95  Percent of grade: 14
Lesson 7  Grade: 100  Percent of grade: 14

Final Grade: 91

Congratulations. You're proving you can succeed as a distance learner. Keep up your efforts in your next course. Before you know it, you'll have earned your degree!

Sincerely,

John Graves
Dean of Undergraduate Studies

# Ashworth College
430 Technology Parkway
Norcross, GA 30092
(900) 223-4542

December 15, 2005

Keith Clark#C0505080
PO Box 9900
Bradford PA 16701-0980

Student #: AC0507695

Course status summary for course C01 - Introduction to Business

Lesson 1  Grade: 100  Percent of grade: 12
Lesson 2  Grade: 100  Percent of grade: 12
Lesson 3  Grade: 100  Percent of grade: 12
Lesson 4  Grade: 95   Percent of grade: 12
Lesson 5  Grade: 100  Percent of grade: 12
Lesson 6  Grade: 100  Percent of grade: 12
Lesson 7  Grade: 95   Percent of grade: 12
Lesson 8  Grade: 85   Percent of grade: 12

Final Grade: 97

Congratulations. You're proving you can succeed as a distance learner. Keep up your efforts in your next course. Before you know it, you'll have earned your degree!

Sincerely,

John Graves
Dean of Undergraduate Studies

| 06/06/05 | UNDERGRADUATE TRANSCRIPT SENT TO: | THE PENNSYLVANIA STATE UNIVERSITY OFFICE OF THE UNIVERSITY REGISTRAR - UNIVERSITY PARK, PA 16802 |
|---|---|---|
| 1 PAGE | KEITH CLARK<br>PO BOX 8000<br><br>BRADFORD, PA        16701 | LAST NAME: CLARK<br>FIRST NAME: KEITH<br>MIDDLE NAME: L |

| HIGH SCHOOL NAME AND ADDRESS | DATE OF ADMISSION |
|---|---|
| GEORGE WESTINGHOUSE HS - PITTSBURGH PA | FALL 01   05/16/** |

| COURSE | NO. | TITLE | CREDIT | GRADE | COURSE | NO. | TITLE | CREDIT | GRADE |
|---|---|---|---|---|---|---|---|---|---|
|  |  | FALL SEM 2001 |  |  |  |  |  |  |  |
| EM SC | 150 | FIERY FURNACE | 3.0 | A- |  |  |  |  |  |

SPECIAL ACTIONS AND NOTES

ACADEMIC PROGRAM AT DATE OF LAST ATTENDANCE (FALL   01):
- SMEAL COLLEGE OF BUSINESS ADMINISTRATION
  BUSINESS ADMIN MAJOR        ASSOC IN SCIENCE CANDIDATE

Transcript Key is printed on back of Official Transcript

An Official Transcript is printed on a blue Penn State background

The word COPY will appear if photocopied

Discoloration of this document indicates unauthorized alterations
Rev. 7/04

| TERM/SEM | MAJOR | TERM/SEMESTER | | | CUMULATIVE | | | TOTAL CREDITS EARNED |
|---|---|---|---|---|---|---|---|---|
|  |  | CREDIT | GRADE PTS | AVERAGE | CREDIT | GRADE PTS | AVERAGE |  |
| FALL 01 | 2 B A | 3.0 | 11.01 | 3.67 | 3.0 | 11.01 | 3.67 | 3.0 |

END OF TRANSCRIPT        4058

J. James Wager
University Registrar

# BLACKSTONE CAREER INSTITUTE
218 MAIN STREET, P.O. BOX 899, EMMAUS, PA 18049

## Student Transcript
## Legal Assistant/Paralegal Diploma Program
### 915 Clock Hours

**Student:** Keith L Clark  06805-068  
**Address:** P. O. Box 8000  
Bradford  PA  16701

**Student Number:** 01010077  
**Enrollment Date:** 09/26/2003  
**Completion Date:** 05/10/2005

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Volume: 1** | | | • Wills - Part I | 08/11/2004 | 1( |
| • Introduction to Law | 11/03/2003 | 95 | • Wills - Part II | 08/16/2004 | ( |
| • Contracts - Part I | 12/01/2003 | 90 | • Trusts | 08/25/2004 | ( |
| • Contracts - Part II | 11/19/2003 | 100 | | | |
| • Contracts - Part III | 11/20/2003 | 90 | **Volume: 8** | | |
| | | | • Law of Private Corporations | 09/09/2004 | ( |
| **Volume: 2** | | | • Law of Partnerships - Part I | 10/06/2004 | 1( |
| • Law of Torts - Part I | 01/07/2004 | 100 | • Law of Partnerships - Part II | 10/18/2004 | ( |
| • Law of Torts - Part II | 01/07/2004 | 100 | | | |
| • Law of Torts - Part III | 01/07/2004 | 90 | **Volume: 9** | | |
| • Law of Torts - Part IV | 01/07/2004 | 75 | • Constitutional Law - Part I | 10/27/2004 | ( |
| | | | • Constitutional Law - Part II | 11/01/2004 | ( |
| **Volume: 3** | | | | | |
| • Criminal Law - Part I | 03/01/2004 | 100 | **Volume: 10** | | |
| • Criminal Law - Part II | 03/11/2004 | 95 | • Constitutional Law - Part III | 12/15/2004 | 1( |
| **Volume: 4** | | | **Volume: 11** | | |
| • Real Property - Part I | 03/22/2004 | 100 | • Legal Research - Part I | 02/03/2005 | |
| • Real Property - Part II | 04/01/2004 | 100 | | | |
| | | | **Volume: 12** | | |
| **Volume: 5** | | | • Legal Research - Part II | 03/11/2005 | 1 |
| • Real Property - Part III | 04/28/2004 | 90 | | | |
| • Real Property - Part IV | 05/17/2004 | 100 | **Volume: 13** | | |
| | | | • Employability Skills | 04/21/2005 | 1 |
| **Volume: 6** | | | | | |
| • Pleadings in Civil Action - Part I | 06/24/2004 | 85 | **Volume: 14** | | |
| • Pleadings in Civil Action - Part II | 07/08/2004 | 95 | • Ethics For Paralegals | 04/21/2005 | 1 |
| • Practice in Civil Actions | 07/21/2004 | 85 | | | |
| • Criminal Procedure | 07/26/2004 | 100 | | | |
| **Volume: 7** | | | | | |

**Student Average:** 94.35%   ** FINAL **

This Document Issued: 05/10/2005

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S., M.Ed.  
Registrar


A Direct Learning Systems School

Phone: 610.967.3323 • 300.826.9228 • Fax: 610.967.3126  
email: info@blackstone1890.com • www.blackstone1890.com