IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 00-37 |
| | ) | |
| KEITH LAMONT CLARK | ) | |

## **NOTICE**

NOTICE is hereby given that Lisa B. Freeland, Federal Public Defender, is replacing W. Penn Hackney, as counsel of record for Defendant, Keith Lamont Clark, in the above criminal action.

DATED this 25th day of April 2008.

/s/ Lisa B. Freeland
Lisa B. Freeland
Federal Public Defender