IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-37 |
| | ) |
| KEITH L. CLARK | ) |

<u>JOINT STATUS REPORT REGARDING SENTENCING HEARING</u>

AND NOW, comes the United States of America, by and through Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Bruce J. Teitelbaum, Assistant United States Attorney for said district, and hereby submits the following Joint Status Report:

Pursuant to the directive set forth in this Court's Order dated May 27, 2008 (Dkt. No. 52), the undersigned counsel for the government has conferred with counsel for defendant Clark (W. Penn Hackney, Assistant Federal Public Defender) regarding whether an evidentiary hearing is needed at sentencing.  Neither counsel for the government nor counsel for defendant Clark believe that an evidentiary hearing is needed at the time of sentencing.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney

By:   s/Bruce J. Teitelbaum
      BRUCE J. TEITELBAUM
      Assistant U.S. Attorney
      U.S. Post Office and Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, Pennsylvania 15219
      412-644-3500 (Phone)
      412-644-2645 (Fax)
      Bruce.Teitelbaum@usdoj.gov
      PA ID No. 32266