UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 00-0037** |
| ) | **Electronically Filed** |
| **KEITH L. CLARK** ) | |

## ORDER OF COURT

IT IS HEREBY ORDERED that oral argument in the above-captioned matter addressing Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Document No. 49) shall be heard on ***July 22, 2008 at 9:30 AM*** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

**SO ORDERED** this 13th day of June, 2008.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All counsel of record