IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 00-37** |
| ) | **Electronically Filed** |
| **KEITH L. CLARK**   ) | |

**ORDER OF COURT SETTING RE-SENTENCING HEARING**

**IT IS HEREBY ORDERED** that a *Re-Sentencing Hearing* shall be held on **July 22, 2008 at 9:30 AM** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

In light of the parties' respective positions with respect to resentencing factors at (docs. no. 53, 54 and 58), the Court deems it unnecessary to conduct a separate oral argument in advance of resentencing, as had been previously scheduled for July 22, 2008, on Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Document No. 49). Argument on said motion and all other sentencing factors identified by the parties as relevant to resentencing shall take place as part of the Resentencing Hearing.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

SO ORDERED this 2nd day of July, 2008.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All counsel of record as listed below

United States Probation
United States Marshal Office