IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 00-37** |
| | ) | **Electronically Filed** |
| **KEITH LAMONT CLARK** | ) | |

**Hearing Held: Re-Sentencing**
**Date of Hearing: 07/22/08**
**Before Judge Arthur J. Schwab**

| | |
|---|---|
| AUSA | Bruce J. Teitelbaum |
| Defense Counsel | Lisa B. Freeland |
| Probation Officer | Diane Restivo |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | MJL/ECA |
| Start time | 9:46 AM |
| End time | 10:21 AM |

DEFENDANT PRESENT

**NOTED:**

The Defendant is sentenced to 120 months imprisonment to be followed by 60 months of supervised release.