IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                         Criminal No. 00-37

KEITH L. CLARK

**ORIGINAL**

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Keith L. Clark, 06805-068, Year of Birth: 1971, Black, Male.

2. Detained by: McKean FCI, Route 59 & Big Shanty Road, Lewis Run, PA 16738.

3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and is presently in federal custody at the McKean FCI, Lewis Run, PA.

4. The above case is set for hearing at Pittsburgh, PA, on July 22, 2008, at 9:30 a.m., and it shall therefore be necessary for detainee to be present in court at that time.

5. The Warden of the McKean FCI, Lewis Run, PA, has no objection to the granting of this petition.

s/Bruce J. Teitelbaum
BRUCE J. TEITELBAUM
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Post Office & Courthouse
Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
Bruce.Teitelbaum@usdoj.gov
PA ID No. 32266

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above; and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

19 June 2008
DATE                                           UNITED STATES DISTRICT JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 6/17/08
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

ORIGINAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE ....7.... DAY OF ....July...., 20.07.... BY TAKING
CUSTODY OF ....deft.... AT ....FCI McKean....
................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ....ECJ....
................ ON THE ....7.... DAY OF ....July....
20 ..07....

T. Fitzgerald
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE ....16.... DAY OF ....July...., 20.07.... BY TAKING
CUSTODY OF ....deft.... AT ....ECJ....
................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ....ACJ....
................ ON THE ....16.... DAY OF ....July....
20 ..07....

T. Fitzgerald
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE .......... DAY OF ...................., 20......... BY TAKING
CUSTODY OF ............................ AT ..................................
................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ............................................
................ ON THE ........... DAY OF .......................
20 ...........

UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE .......... DAY OF ...................., 20......... BY TAKING
CUSTODY OF ............................ AT ..................................
................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ............................................
................ ON THE ........... DAY OF .......................
20 ...........

UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL